# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DIANE WILLIAMS,

                **Plaintiff,**

-vs-                                                  Case No. 6:04-cv-406-Orl-28DAB

COMMISSIONER OF SOCIAL
SECURITY,

                **Defendant.**
_____

# ORDER

      This case is before the Court on the Motion to Reopen the Case (Doc. No. 11) filed July 23, 2008, and the Motion to Affirm Commissioner's Decision (Doc. No. 12) filed July 23, 2008. The United States Magistrate Judge has submitted a report recommending that the motions be denied without prejudice.

      After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

      1.    That the Report and Recommendation filed August 7, 2008 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

      2.    The Motion to Reopen the Case and the Motion to Affirm Commissioner's Decision are **DENIED without prejudice to renewal**, upon the filing by the Commissioner of Social Security of a statement verifying that Defendant has exhausted all methods of

contacting Plaintiff, including contacting Plaintiff's attorney at the administrative level, searching its own payment of benefit records, contacting any representative payee that may have been appointed for Plaintiff, and contacting the Inventory Attorney appointed by this Court to handle the cases originally filed by Mr. Gautier. If counsel is able to locate Plaintiff or her attorney, the motions should be promptly renewed, presumably upon a joint basis. If counsel is unable to locate Plaintiff or her attorney, the verification will provide ample assurance that due process was reasonably afforded, and the motions may be renewed upon that basis.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of Sept, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party