# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DIANE WILLIAMS,

        Plaintiff,

-vs-                            Case No. 6:04-cv-406-Orl-28DAB

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____

## ORDER

This case is before the Court on Defendant's Motion to Affirm Commissioner's Decision (Doc. No. 15) filed June 19, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 31, 2009 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion to Affirm Commissioner's Decision (Doc. No. 15) is **GRANTED**.

    3.    The Clerk is directed to reopen this case.

4. This Court affirms the final decision of the Commissioner issued subsequent to the remand Order (Doc. No. 10).

5. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23 day of September, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party